AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Joseph Medina, <br><br> *Plaintiff(s)* <br> v. <br> Extreme Auto Accessories Corp., <br> a/k/a Rennen International, and <br> Takang Lee, <br><br> *Defendant(s)* | Civil Action No. 15-cv-6134 BMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Extreme Auto Accessories Corp.
C/O NYS Secretary of State
41 State Street
Albany, NY 12231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 10/27/2015

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 15-cv-6134BMC            Purchased/Filed: October 27, 2015

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     EASTERN DISTRICT OF

JOSEPH MEDINA          Plaintiff

against

EXTREME AUTO ACCSSORIES CORP. ET AL          Defendant

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

Diane Koehler, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on October 27, 2015, at 3:45 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on EXTREME AUTO ACCESSORIES CORP., the Defendant in this action, by delivering to and leaving with Sue Zouky, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 55    Approx. Wt: 125lbs    Approx. Ht: 5'1
Color of skin: White    Hair color: Red/Blonde    Sex: Female    Other:

Sworn to before me on this

28th day of October, 2015

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

Diane Koehler
Attny's File No.
Invoice·Work Order # SP1513728

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179