AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Joseph Medina, <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Extreme Auto Accessories Corp., <br> a/k/a Rennen International, and <br> Takang Lee, <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.    15-cv-6134 BMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Takang Lee
C/O Extreme Auto Accessories Corp.
120-19 Rockaway Boulevard
South Ozone Park, NY 11420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*



Date:    10/27/2015            s/Kimberly Davis

                                                         *Signature of Clerk or Deputy Clerk*

COUNTY OF

**UNITED STATES DISTRICT COURT**
**DISTRICT: EASTERN DISTRICT OF NEW YORK**

ATTORNEY(S):  PH:
ADDRESS:  File No.:

---

*JOSEPH MEDINA*

*vs*                                                                        Plaintiff(s)/Petitioner(s)

*EXTREME AUTO ACCESSORIES CORP. a/k/a RENNEN INTERNATIONAL, et ano.*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:                    **AFFIDAVIT OF SERVICE**

FRANKIE ROBERSON _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On     **Tuesday, November 3, 2015**     at     **11:45 AM**     ,

at          120-19 ROCKAWAY BLVD, South Ozone Park, NY 11420          , deponent served the within

Summons in a Civil Action and Complaint and Jury Demand

on:          **TAKANG LEE c/o EXTREME AUTO ACCESSORIES CORP.**          ,     **Defendant**     therein named.

**#1 INDIVIDUAL**  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.
☐

**#2 CORP.**  By delivering thereat a true copy of each to _____ personally, deponent knew said _____
☐  so served to be the _____ described in same as said recipient and knew said individual to be the managing/authorized agent
of the _____ , and said person stated that he/she was authorized to accept service on behalf of the _____ .

**#3 SUITABLE**
**AGE PERSON/**  By delivering a true copy of each to     "JOHN DOE"-REFUSED NAME     ,     receptionist     , a person of suitable age and discretion.
**PARTNERSHIP**  Said premises is recipient's: [ X ] actual place of business     [  ] dwelling house (usual place of abode) within the state.
☒

**#4 AFFIXING**  By affixing a true copy of each to the door of said premises, which is recipient's:          [  ] actual place of business   [  ] dwelling house
**TO DOOR**  (place of abode) within the state.
☐
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on _____          at _____

on _____          at _____

on _____          at _____

on _____          at _____

Address confirmed by _____ .

**#5 MAIL COPY**  On     **November 3, 2015**     , deponent completed service by depositing a true copy of each document to the above address in a 1st Class
☒  postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and
Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESC.**  A description of the person Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
☒  Sex:  Male     Color of skin:  Brown     Color of hair:  Black     Age:  21-35 Yrs     Height:  5' 4" - 5' 8"
(use with #1, 2 or 3) Weight:  100 - 130 Lbs     Other Features: _____

**#7 WIT. FEES**  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.
☐

**#8 MIL. SRVC**  Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N. Y. State; and received
☒  a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in
the military service.

**#9 OTHER**
☐

Sworn to before me on _____ November 3, 2015

VANESSA JOHNSON
NOTARY PUBLIC, State of New York
No. 01J06166083, Qualified in Kings County
Term Expires May 14, 2019

FRANKIE ROBERSON
Server's Lic # 1311274
Invoice/Work Order # 4125473

WORef# 0288139